UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------x
WELLINGTON RATCLIFF, JR., :
an individual, : CASE NO.: 2:16-cv-02556
 :
 :
Plaintiff, :
 : JUDGE: SARAH S. VANCE
vs. :
 :
 : MAGISTRATE: JANIS VAN MEERVELD
 :
LOUISIANA A-1 GAMING, LP, and :
PINNACLE ENTERTAINMENT, INC. :
 :
Defendants :
------------------------------------------------------x

## ORDER

THIS CASE comes before the Court on the Parties' Joint Motion to Approve Consent Decree and Enter Order of Dismissal.

Upon due consideration of the Motion and the Consent Decree, and upon finding that the Consent Decree fully and fairly resolves Plaintiff's claim for injunctive relief:

**IT IS HEREBY ORDERED** that the Court **APPROVES AND RATIFIES** the Consent Decree and Exhibit attached to the Parties' Joint Motion.

Upon recognition that the Parties have also entered into a private settlement agreement resolving Plaintiff's claims for attorneys' fees and costs:

**IT IS FURTHER ORDERED** that all of Plaintiff's claims in the captioned matter are hereby **DISMISSED WITH PREJUDICE**, providing retention of jurisdiction by the Court to enforce, as necessary, the terms and conditions of the Consent Decree and private settlement agreement.

New Orleans, Louisiana, this ___31st___ day of _____August_____, 2017.

_____
**JUDGE**

Sarah Vance