## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WELLINGTON RATCLIFF, JR.,** | : NO. 2:16-CV-02556 |
| **VERSUS** | : |
| | : JUDGE SARAH S. VANCE |
| **LOUISIANA-1 GAMING, LP, and PINNACLE ENTERTAINMENT, INC.** | : |

## AMENDED CONSENT DECREE

**THIS AMENDED CONSENT DECREE** is entered into by WELLINGTON RATCLIFF, JR. ("Plaintiff"), and LOUISIANA A-1 GAMING, LP ("Defendant").

**IT IS HEREBY** stipulated and agreed by and between Plaintiff and Defendant that all deadlines set forth in the October 21, 2019 Amended Consent Decree are extended to February 28, 2021. All remaining aspects of the original August 31, 2017 Consent Decree shall remain in place and are hereby incorporated by reference.

**THUS DONE AND ORDERED** New Orleans, Louisiana, this 22nd day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA

**Agreed to by:**

Wellington Ratcliff, Jr.                              LOUISIANA A-1 GAMING, LP

By: /s/ Andrew D. Bizer                              By: /s/ Leah C. Cook
    Andrew D. Bizer                                         Leah C. Cook
    **Attorney for Wellington Ratcliff, Jr.**          **Attorney for Louisiana A-1 Gaming, LP.**